UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No.: | 5:20-cv-02247-SVW-MAA | Date: February 1, 2021 |
| Title: | Sean Jones v. T. Jury et al. | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order to Show Cause Why the Petition Should Not Be Dismissed for Failure to Prosecute

On September 29, 2020, Petitioner Sean Jones ("Petitioner"), a federal inmate currently incarcerated at United States Penitentiary-Victorville, filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Section 2241") ("Petition") in the United States District Court for the Southern District of New York. (Pet., ECF No. 1.) The Petition was transferred to this Court on October 19, 2020. (ECF No. 2.)

Petitioner raises several claims stemming from an incident on June 8, 2020 when Petitioner allegedly suffered a severe fall while walking up the stairs on his way back to his cell after showering. (Pet. 3–4.) He alleges that prison guards mistreated him and falsified disciplinary charges, challenges his conditions of confinement and denial of medical treatment, and seeks $500,000 in damages.[1] (*Id.* at 3–8.)

On November 5, 2020, the Court issued an order identifying several defects with the Petition: (1) Petitioner appeared to challenge only his conditions of confinement rather than raising claims for federal habeas relief; (2) Petitioner failed to name the warden of his facility as Respondent, as required for personal jurisdiction over a Section 2241 petition; and (3) Petitioner did not use Form CV-27, the required form for Section 2241 petitions filed in this District ("November 5 Order"). (Nov. 5, 2020 Or., ECF No. 5.) The Court ordered Petitioner to file a response by December 7, 2020 and warned that failure to do so would result in a recommendation that the Petition be dismissed. (*Id.* at 4, 5.)

---

[1] Petitioner recently filed another 2241 Petition in this Court that raises largely identical claims. *See* Pet., *Jones v. Jury*, No. 2:20-cv-08771-SVW-MAA (filed Sept. 23, 2020), ECF No. 1.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:20-cv-02247-SVW-MAA                                Date:  February 1, 2021

Title:     Sean Jones v. T. Jury et al.

     To date, Petitioner has not responded to the November 5 Order as required.  Thus, Petitioner is **ORDERED TO SHOW CAUSE** by no later than **March 3, 2021** why the Court should not recommend that the case be dismissed for failure to prosecute.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1, 41-6.

     **Petitioner expressly is cautioned that failure to respond to this Order by March 3, 2021 will result in a recommendation that the Petition be dismissed without prejudice for failure to prosecute and failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).**

     It is so ordered.

Attachment:

November 5, 2020 Order (ECF No. 5)