1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SEAN JONES,

                  Petitioner,

    v.

T. JURY, et al.,

                  Respondents.

Case No. 5:20-cv-02247-SVW-MAA

**JUDGMENT**

      Pursuant to the Order Dismissing Petition and Dismissing Action Without Prejudice filed herewith,

      IT IS ORDERED AND ADJUDGED that the Petition is DISMISSED and the action is DISMISSED without prejudice.

DATED:   April 13, 2021

                                          _____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE